MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

*E-Filed 10/29/09*

Attorneys for Defendants
COUNTY OF SAN BENITO and
ART HENRIQUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES STEVENS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SAN BENITO COUNTY; ART HENRIQUES, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No.: C09-02169 RS<br><br>**STIPULATION AND ORDER RE ANSWER OF DEFENDANT ART HENRIQUES** |

　　IT IS HEREBY AGREED AND STIPULATED by and between the parties, by and through their respective counsel or record, as follows:

　　That the answer of defendant San Benito County to plaintiff's complaint be deemed to be the answer of Art Henriques to plaintiff's complaint, and that Mr. Henriques need not file a separate answer.

Dated: October 19, 2009

RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

By:_____
MICHAEL C. SERVERIAN
Attorneys for Defendants
COUNTY OF SAN BENITO and
ART HENRIQUES

---
1
STIPULATION AND ORDER RE ANSWER OF DEFENDANT ART HENRIQUES

| | | |
|---|---|---|
| 1 | DATED: September 15, 2009 | POLARIS LAW GROUP, LLP |
| 2 | | |
| 3 | | By: *William L. Marder* |
| 4 | | WILLIAM L. MARDER<br>Attorneys for Plaintiff |
| 5 | | JAMES STEVENS |
| 6 | | **ORDER** |
| 7 | IT IS SO ORDERED. | |
| 8 | Dated: 10/29/09 | *Richard Seeborg*<br>MAGISTRATE RICHARD SEEBORG |

2
STIPULATION AND ORDER RE ANSWER OF DEFENDANT ART HENRIQUES