MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
 **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

*E-Filed 11/19/09*

Attorneys for Defendants
COUNTY OF SAN BENITO and
ART HENRIQUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES STEVENS,<br><br>          Plaintiffs,<br><br>vs.<br><br>SAN BENITO COUNTY; ART HENRIQUES, and DOES 1 THROUGH 10, inclusive,<br><br>          Defendants. | Case No.: C09-02169 RS<br><br>**STIPULATION AND ORDER CONTINUING EARLY NEUTRAL EVALUATION HEARING**<br><br>**Current ENE Hearing: December 21, 2009** |

THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, TO THE FOLLOWING:

As Defendant ART HENRIQUES is unable to attend the ENE Hearing currently scheduled for December 21, 2009, due to a family member's scheduled surgery, the parties hereby stipulate that the Early Neutral Evaluation Hearing set for December 21, 2009, be continued, and that the parties have until **January 21, 2010** to hold the ENE session.

/ / /

/ / /

---

1

STIPULATION AND ORDER CONTINUING EARLY NEUTRAL EVALUATION HEARING

| | | |
|---|---|---|
| 1 | Dated: November 18, 2009 | POLARIS LAW GROUP |
| 3 | | By: /s/William L. Marder |
| 4 | | WILLIAM L. MARDER<br>Attorney for Plaintiff |
| 5 | | JAMES STEVENS |
| 7 | Dated: November 19, 2009 | RANKIN, LANDSNESS, LAHDE,<br>SERVERIAN & STOCK |
| 9 | | By:/s/ Michael C. Serverian |
| 10 | | MICHAEL C. SERVERIAN<br>Attorneys for Defendants<br>COUNTY OF SAN BENITO and |
| 11 | | ART HENRIQUES |

**ORDER**

THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The Early Neutral Evaluation in this matter shall be continued until **January 21, 2010**.

DATED: 11/19/09

JUDGE RICHARD SEEBORG
~~JUDGE OF THE U.S. DISTRICT COURT~~
UNITED STATES MAGISTRATE JUDGE